UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

JOHN E. MILTON

CRIMINAL NO. 96-17-FJP-CN
(CV 09-987-FJP-CN)

### RULING

Defendant's Motion for Reconsideration[1] is denied for reasons previously assigned by Chief Judge Ralph E. Tyson.[2]

In addition, the Court must treat this Motion for Reconsideration as a motion to vacate under 28 U.S.C. § 2255. Since this is a successive motion and the defendant has failed to obtain permission from the Fifth Circuit Court of Appeals to file it, the motion is denied and this case is dismissed.

Baton Rouge, Louisiana, ~~November~~ Dec ___1___, 2009.

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 485.

[2] Rec. Doc. No. 484.