UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL NO. 96-17-FJP-CN

VERSUS

JOHN E. MILTON, III, ET AL

### RULING

Petitioner's motion to appoint counsel to assist him[1] on the appeal he has filed with the Fifth Circuit Court of Appeals is denied.  This appeal is frivolous.  As noted in the Court's opinion, the crack cocaine retroactive amendment to the U.S. Sentencing Guidelines does not apply to this defendant.

Petitioner's motion for clarification[2] is also denied.

Baton Rouge, Louisiana, January 26, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 495.

[2] Rec. Doc. No. 491.

Doc#46568